U.S. DISTRICT COURT
SAVANNAH DIV.

2017 JUN 27 PM 12: 07



# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:17CR62 |
| | ) | |
| TEVIN LAWTON, | ) | |
| | ) | |
| Defendant. | ) | |

## MINUTE ORDER

The above cause having come before the Court on the 21st day of June, 2017, and the following rulings having been made orally, said rulings are hereby made the judgment of the Court:

Defendant's Motion in Limine (doc. 33) is RESERVED FOR RULING BY THE DISTRICT JUDGE.

Defendant's Motion for Notice by the Government of the Intentions to Rely Upon Other Crimes Evidence (doc. 14) is GRANTED as unopposed.

Defendant's *Old Chief* motion (doc. 27) is GRANTED as unopposed.

Defendant's Motion to Suppress Statements (doc. 31) is TAKEN UNDER ADVISEMENT.

All other pretrial motions are MOOT.

SO ORDERED this 27th day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA