IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR417-062
)
TEVIN LAWTON, )
)
Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation. (Doc. 53.) Although Defendant has filed a document purporting to be an objection, he provided no argument in support of his position. After careful review of the record in this case, the Court sees no reason to overturn the decision of the Magistrate Judge. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and Defendant's Motion to Suppress (Doc. 31) is **DENIED**.

SO ORDERED this 2ND day of August 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA